IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Scott, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 358 C.D. 2015 |
| | : | |
| Zoning Board of Adjustment, | : | |
| Moyer Street Associates, LLC, | : | |
| and Kevin Baird | : | |

## **O R D E R**

NOW, June 13, 2017, having considered appellant's application for reargument and appellees' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge